IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE NO. **12 13CR 136** |
| | ) | |
| v. | ) | 18 U.S.C. § 842(a)(1) |
| | ) | |
| JAMES GERODEMOS, | ) | |

-FILED-

NOV 2 2013

ROBERT N TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DIST. OF INDIANA

### INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

On or around June 25, 2013 within the Northern District of Indiana,

## JAMES GERODEMOS

defendant herein knowingly engaged in the business of dealing in explosive materials, (display

and commercial fireworks) without a license to do so pursuant to chapter 40 of Title 18, United

States Code.

All in violation of Title 18, United States Code, Section 842(a)(1) and 844(a).

**A TRUE BILL**

/s/ Foreperson
FOREPERSON

DAVID A. CAPP
United States Attorney

By: /s/ Thomas M. McGrath
THOMAS M. MCGRATH
Assistant United States Attorney