



USDC INND case 2:13-cr-00135-JVB-PRC   document 36-1   filed 08/29/14   page 3 of 5

HO11006A

## DS1-S
## 2" Night Shell (Salute)

**WARNING: DANGEROUS EXPLOSIVE**
If found, do not handle - contact local fire or sheriff department - do not attempt to use the product
**FOR LICENSED DISPLAY OPERATORS ONLY**
Do not have any part of body over mouth of the device at anytime. Always shoot away from people, flammables and overhead obstructions. The item has passed various inspections for your safety. Improper use of this device will result in serious or fatal injury. It is your responsibility to use it safely and correctly. If you have any doubts about how to use this explosive device safely and correctly, do not use it. Consult the manufacturer or distributor for further information.
**1.3G UN0335 Fireworks**
**Made in China**

JUN 26 2013





Name and address of importer: Nostalgia Pyrotechnics Inc.
117-119 South St
Osco IL 61274

Location of Manufacturer: Jiangxi, China
Date of Manufacturer:9/15/2011
Shift of Manufacturer:A

KLS35
36 Shots Crackles
36 发爆裂

**WARNING: DANGEROUS EXPLOSIVE**

**If found, do not handle -- contact local fire or sheriff department -- do not attempt to use the product**

**FOR LICENSED DISPLAY OPERATORS ONLY**

Do not have any part of body over mouth of the device at anytime. Always shoot away from people, flammables and overhead obstructions. The item has passed various inspections for your safety. Improper use of this device will result in serious or fatal injury. It is your responsibility to use it safely and correctly. If you have any doubts about how to use this explosive device safely and correctly, do not use it. Consult the manufacturer or distributor for further information.

**1.3G UN0335 Fireworks**

Made in China

JUN 26 2013